■ HENRY COAXUM, Appellant, v NOR-TOPIA SERVICE STATION, INC., et al., Respondents. [954 NYS2d 870]—

The motion court correctly determined that the order dismissing plaintiff's complaint under Bronx County index No. 28626/2001 was for failure to prosecute, as evidenced by plaintiff's willful and contumacious disregard for the court's discovery orders (*Perez v New York City Hous. Auth.*, 302 AD2d 210 [1st Dept 2003]). Accordingly, plaintiff's second complaint, filed under Bronx County index No. 309385/09, was barred by CPLR 205 (a) and properly dismissed by the motion court.

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Mazzarelli, Acosta and Román, JJ.